IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STEVEN FIELD,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | CV-24-67-H-JTJ<br><br>**ORDER** |

Plaintiff has moved for an order allowing Mark D. DeBofsky, Esq., to appear pro hac vice in this case with John Morrison, Esq., designated as local counsel. (Doc. 3.) The application of Mr. DeBofsky appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's motion to allow Mr. DeBofsky to appear in this Court (Doc. 3) is GRANTED, subject to the following conditions:

1.	Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. DeBofsky must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. DeBofsky, not the law firm he works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

IT IS FURTHER ORDERED:

Mr. DeBofsky must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 25th day of October, 2024.

John Johnston
United States Magistrate Judge