IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STEVEN FIELD,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>    Defendant. | CV 24–67–H–DLC<br><br><br>ORDER |

Before the Court is Defendant's motion for the admission of attorney Daniel K. Ryan, Esq. of Hinshaw and Culbertson, LLP, *pro hac vice*, in the above-captioned matter. (Doc. 19.) It appears as though Amy D. Christensen, Esq. of Christensen & Prezeau, PLLP will serve as local counsel in this matter. (*Id.* at 2.) The application (Doc. 19-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 19) is GRANTED on the condition that Mr. Ryan does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Ryan shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Ryan files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 23rd day of December, 2024.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court