IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STEVEN FIELD, | CV 24–67–H–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Pursuant to the Parties' stipulation to dismiss (Doc. 29),

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE and WITHOUT COSTS. The Clerk of Court is directed to close this case file.

DATED this 12th day of August, 2025.

Dana L. Christensen, District Judge
United States District Court

1